*In the United States District Court for the Southern District of Georgia Brunswick Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 210-056 |
| | * | |
| JASON CHRISTOPHER WALKER | * | |

### ORDER

After an independent and de novo review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant's Motion to Suppress is **DENIED**.

SO ORDERED, this 28 day of February, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA