IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JASON CHRISTOPHER WALKER, | ) | |
| Petitioner, | ) ) | CIVIL ACTION NO.: CV213-106 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | (Case No.: CR210-056) |
| Respondent. | ) ) | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Movant Jason Walker ("Walker") filed Objections. In his Objections, Walker states that the Magistrate Judge failed to address matters raised in his Traverse. Contrary to Walker's assertion, the Magistrate Judge addressed the matters Walker raised in his Traverse. The Magistrate Judge informed Walker that Alleyne v. United States, ___ U.S. ___, 133 S. Ct. 2151 (June 17, 2013), does not entitle him to his requested relief. (Doc. No. 5, p. 3). Walker's dissatisfaction with the Magistrate Judge's legal conclusion does not warrant the sustaining of his Objections, nor does the Magistrate Judge's alleged failure to address the other side of the same coin Walker set forth in his pleadings.

Walker's Objections are **overruled**. Walker's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA